IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                                  CASE NO. 1:04-cr-00037-MP-AK

BENITA VAZQUEZ BECK,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 160, a letter by Defendant Benita Beck, requesting copies of her indictment, plea agreement, and sentencing transcript. The defendant requests that all of these copies be made at the Court's expense. However, there is no action currently pending before this court that makes the requested documents relevant. Accordingly, defendant's request is denied.

    **DONE AND ORDERED** this   *23rd* day of February, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge