IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:04-cr-00037-MP-AK

BENITA VAZQUEZ BECK,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 178, Report and Recommendation of the Magistrate Judge, which recommends that Defendant's Motion to Vacate, Doc. 167, be denied. The Magistrate Judge filed the Report and Recommendation on Thursday, September 6, 2007. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections have been filed.

In her motion to vacate, Defendant alleges that her attorney rendered ineffective assistance by failing to object to the firearms charge, and by failing to object to the denial of credit in the Presentence Report for acceptance of responsibility. As to the first ground, the Magistrate notes that Defendant entered a plea of guilty, admitting that she in fact possessed a firearm in furtherance of a drug trafficking offense. Even if the Court disregarded Defendant's admission, sufficient evidence existed to support the firearms conviction. Defendant knew that her co-conspirator possessed the gun during the course of the conspiracy to distribute cocaine, and the firearm was located in the hotel room Defendant shared with her co-conspirator. Therefore, the Court agrees with the Magistrate that a nexus existed between the firearm and the

Case 1:04-cr-00037-MP-AK   Document 180   Filed 10/11/07   Page 2 of 2

*Page 2 of 2*

drug trafficking offense, and that counsel was not ineffective by failing to object to the firearms charge.

Defendant's second ground in her motion to vacate is that counsel was ineffective by not objecting to the Presentence Report's denial of credit for acceptance of responsibility.  As the Magistrate points out, counsel *did* object to the Presentence Report.  Moreover, because Defendant failed to withdraw from her criminal activity during her pretrial release, the Court could reasonably have determined that Defendant did not accept responsibility for her actions.  Based on this, the Court agrees with the Magistrate that counsel's assistance was not unreasonable.  Therefore, having considered the Report and Recommendation, and the lack of objections thereto, I have determined that it should be adopted.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. Defendant's Motion to Vacate, Doc. 167, is DENIED.

**DONE AND ORDERED** this   *11th* day of October, 2007

>            *s/Maurice M. Paul*
> Maurice M. Paul, Senior District Judge

*Case No: 1:04-cr-00037-MP-AK*