IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                CASE NO. 1:04-cr-00037-MP -AK

BENITA VAZQUEZ BECK,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 191, Motion for Certificate of Appealability Filed by Defendant Benita Vazquez Beck. The application was erroneously sent to the United States Court of Appeals and forwarded to this Court for filing as a Notice of Appeal as of the date received by the Court of Appeals, consistent with 11th Cir. R. 22-1(a). The Court of Appeals received the application on November 15, 2010.

Defendant's Application for Certificate of Appealability arises from this Court's Order denying her Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2). A Certificate of Appealability is not required to appeal the denial of a § 3582 motion. As such, the application is construed as a Notice of Appeal. Accordingly it is

**ORDERED AND ADJUDGED:**

1.    The Clerk is directed to file a Notice of Appeal as of November 15, 2010.

**DONE AND ORDERED** this  <u>10th</u>  day of January, 2011

                              *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge